# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                                                          Case No.  3:26-cr-59/TKW-3

ROGER CORNELL DANIELS,

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, ROGER CORNELL DANIELS**,** to Counts One, Two, and Four of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this 6th day of August, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**